Concur: CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.; HISCOCK, Ch. J., and LEHMAN, J., dissent on the ground that the evidence did not justify the jury in finding premeditation and deliberation beyond a reasonable doubt.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MATTHEW WASSER, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued November 30, 1925; decided December 15, 1925.)

APPEAL from a judgment of the Supreme Court, rendered January 23, 1925, at a Trial Term for the county of Niagara, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Francis T. Findlay* for appellant.

*Mortimer A. Federspiel, District Attorney (Raymond A. Knowles* and *Harry L. Gilrie* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ERNEST T. MIMMS, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued November 30, 1925; decided December 15, 1925.)

APPEAL from a judgment of the Bronx County Court, rendered March 6, 1925, upon a verdict convicting the defendant of the crime of murder in the first degree.

*William S. Evans* and *William P. Thomas* for appellant.

*John E. McGeehan, District Attorney (George B. De Luca* and *Herman Fliederblum* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.